IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           Case No. 17-cr-30056-DRH

RONALD LEE BONNER

        Defendant.

## MEMORANDUM AND ORDER

**HERNDON, District Judge**:

    Before the Court is Federal Public Defender Daniel Cronin's motion to withdraw as attorney for Defendant Ronald Lee Bonner (Doc. 21). The motion states that a conflict of interest exists in representing Defendant Bonner, and the only appropriate course of action is to seek to withdraw as Defendant Bonner's attorney. Based on the reasons set forth in the motion, the Court **GRANTS** the Federal Public Defender's motion to withdraw (Doc. 21). The Court **APPOINTS** attorney Robert L. Elovitz, 521 St. Louis Street, Edwardsville, IL 62025, of the CJA Panel, to represent Defendant Bonner in this matter. Daniel Cronin is no longer associated with this case.

    **IT IS SO ORDERED.**

    Signed this 18th day of June, 2017.

                                                   Judge Herndon
                                                   2017.06.18
                                                   12:48:28 -05'00'
                                                 **United States District Judge**