IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONALD LEE BONNER,

Defendant.                                   No. 17-CR-30056-DRH

## MEMORANDUM & ORDER

**HERNDON, District Judge:**

Pending before the Court is Defendant Ronald Lee Bonner's *pro se* motion to withdraw as counsel (Doc. 30). Specifically, Bonner requests that his CJA appointed counsel, Robert L. Elovitz, withdraw from this case, and that new counsel be appointed to represent Bonner for the remainder of his case. Based on the allegations raised in defendant's motion, the defendant and Mr. Elovitz seem to have reached an impasse in their attorney-client relationship. Therefore, for good cause, said motion to withdraw is **GRANTED** (Doc. 30). CJA counsel Robert L. Elovitz is hereby terminated as representative counsel for defendant. Accordingly, the Court hereby **APPOINTS** as CJA counsel, attorney **Michael S. Ghidina,** 112 South Hanley, St. Louis, MO 63105**,** of the CJA Panel, to represent defendant

Bonner in this matter. The Court reminds the parties that this matter is currently set for trial on November 13, 2017, at 9:00 a.m.

**IT IS SO ORDERED.**

Digitally signed by Judge David R. Herndon
Date: 2017.10.17 15:57:20 -05'00'

**United States District Court Judge**